# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| JOHN C. SKINNER, Register No. 1069523, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4008-CV-C-SOW |
| ) | |
| JAY CASSADY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 2, 2007, the United States Magistrate Judge recommended that plaintiff's claims against defendants Branson, Wood, Bax and John Does be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 2, 2007, is adopted. [11] It is further

ORDERED that plaintiff's claims against defendants Branson, Wood, Bax and John Does are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/ Scott O. Wright

SCOTT O. WRIGHT
Senior United States District Judge

Dated: _____4/3/2007_____Kansas City, Missouri